

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

2005 DEC -7 AM 9:59

| | | |
|---|---|---|
| DAVID A. HAMILTON, | : | |
| Plaintiff, | : | Case No. 3:03CV00273 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| LINKED TECHNOLOGIES, INC., et al., | : | |
| | : | |
| Defendants. | | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON NOVEMBER 15, 2005 (Doc. #21); DISMISSING PLAINTIFF'S COMPLAINT; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a <u>de novo</u> review of the Report and Recommendations (Doc. #21) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on November 15, 2005 (Doc. #21) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED as a sanction for his willful discovery misconduct and his willful failure to respond to an Order of this Court; and

3. The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge